1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVA B. JETHANI (AKA Olivia Jethani), individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HMS HOST USA, INC., a Delaware corporation; HOST INTERNATIONAL, INC., a Delaware corporation,<br>　　　　　Defendants. | Case No.  5:14-05335-EJD<br><br>[Honorable Edward J. Davila]<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION SEEKING REFERRAL TO A MAGISTRATE JUDGE SETTLEMENT CONFERENCE<br><br>Action Filed:     October 6, 2014<br>Action Removed:  December 4, 2014<br>FAC Filed:       December 23, 2014<br>SAC Filed:       February 9, 2015 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION SEEKING REFERRAL
TO A MAGISTRATE JUDGE SETTLEMENT CONFERENCE
CASE NO.: 5:14-0533-5 EJD

606279814

The Court has reviewed Plaintiff Oliva B. Jethani (aka Olivia Jethani) ("Plaintiff") and Defendants HMS Host USA, Inc. and Host International, Inc. (collectively, "Defendants") Joint Stipulation Seeking Referral to a Magistrate Judge Settlement Conference and good cause appearing, the Joint Stipulation is GRANTED.

IT IS SO ORDERED.

This case is REFERRED to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than July 30, 2015. The parties shall contact Judge Grewal's courtroom deputy to arrange a date and time for the conference.

Dated:  May 1 , 2015

_____
HONORABLE EDWARD J. DAVILA