UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVA B. JETHANI (AKA Olivia Jethani), individually,<br><br>Plaintiff,<br><br>v.<br><br>HMS HOST USA, INC., a Delaware corporation; HOST INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | Case No.  5:14-cv-5335-EJD<br><br>[Honorable Edward J. Davila]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br><br>Action Filed:      October 6, 2014<br>Action Removed:  December 4, 2014 |

Based upon the Stipulation to Dismiss the entire action, with prejudice, and finding good cause, it is ordered that:

The Stipulation for Dismissal is GRANTED.

**IT IS SO ORDERED.**
 The Clerk shall close this file.

Dated:    11/9/2015

_____
The Honorable Edward J. Davila
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
CASE NO.: 5:14-CV-5335-EJD

605436548.2
C:\Users\cstamps\Desktop\HOST Jethani [Proposed] Order Granting Stipulation for Dismissal.docx